**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY EDWARD WEST, ) | No. CV13-4547-DOC (AS) |
| ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | |
| PAULETTE FINANDER, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _____July 21_____, 2015.


_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE